AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>23-mj-216-01-TSM | Date and time warrant executed:<br>11/29/23    4:05 PM | Copy of warrant and inventory left with:<br>USPS |
| Inventory made in the presence of :<br>Inspectors Bukuras and George | | |

Inventory of the property taken and name(s) of any person(s) seized:

Subject Parcel: USPS Priority Mail Parcel # 9405536105440669393594

Approximately 38 grams total gross weight, when weighed with packaging, of a white crystalline substance which field tested presumptively positve for methamphetamine.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:   11/29/2023

_____
     *Executing officer's signature*

Sean P. Doyle, U.S. Postal Inspector
_____
     *Printed name and title*